**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF EASTERN PENNSYLVANIA**

RE:  Gary Turner,                : No. 14-20157
     and                         :
     Donna Turner,               :
              Debtors.           : Chapter 13

**CERTIFICATE OF SERVICE**

I, Maram M. Jafar, Esq, hereby certify that service of the **Debtor's Objection to Carrington Mortgage Services LLC as servicer for Bank of America, N.A.'s Motion for Relief from the Automatic Stay** via electronic means or by First Class Mail on the 3rd day of October, 2016 on the following:

See attached list.

Dated: October 3, 2016

/s/Maram M. Jafar, Esq.
Maram M. Jafar, ESQUIRE
Attorney for Debtor
501 Cambria Ave., Ste. 151
Bensalem, PA 19020
P: 267-702-4665
F: 267-284-0847

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 14-20157-amc<br>Eastern District of Pennsylvania<br>Philadelphia<br>Mon Oct  3 14:45:36 EDT 2016 | Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 | Synchrony Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Aqua Finance Inc<br>Po Box 844<br>Wausau, WI 54402-0844 |
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Bank of America<br>Attn: Correspondence Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062-5170 | Bank of America, N.A.<br>P.O Box 5170<br>Simi Valley, CA 93062-5170 |
| Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Carrington Mortgage Services LLC<br>c/o KEVIN S. FRANKEL<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406-4702 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 |
| Equiant Financial Svcs<br>Attn: Bankruptcy Dept<br>5401 N Pima Rd<br>Scottsdale, AZ 85250-2627 | First Premier<br>3820 N. Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| Franklin Mint Fcu Il<br>1974 Sproul Rd Ste 300<br>Broomall, PA 19008-3490 | Franklin Mint Federal Credit Union<br>1974 Sproul Road, Suite 300<br>Broomall, PA 19008-3402 | GECRB/Amazon<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/Lowes<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Walmart<br>P.O. Box 965024<br>Orlando, FL 32896-5024 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 |
| Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | New Century Financial Services, Inc.<br>Pressler and Pressler, LLP<br>7 Entin Rd.<br>Parsippany, NJ  07054-5020 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 |

| | | |
|---|---|---|
| Pennsylvia Department of Revenue<br>PO Box 280509<br>Harrisburg, PA 17128-0509 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| U.S. Department of Education<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014-2904 | U.S. Department of Housing and Urban Develop<br>451 7th Street S.W.<br>Washington, DC 20410-0002 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 |
| Verizon<br>500 Technology Dr<br>Ste 550<br>Weldon Spring, MO 63304-2225 | Donna Ann Turner<br>1007 Thornton Road<br>Boothwyn, PA 19061-3130 | Gary Edward Turner<br>1007 Thornton Road<br>Boothwyn, PA 19061-3130 |
| MARAM M JAFAR<br>Jafar Law Office, LLC<br>1221 N 31st Street<br>2nd Floor<br>Philadelphia, PA 19121-4414 | WILLIAM C. MILLER<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107-3704 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>PO BOX 21126<br>PHILA PA 19114 | Mabt/contfin<br>121 Continental Dr Ste 1<br>Newark, DE 19713 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)Franklin Mint Federal Credit Union | (d)Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 |

End of Label Matrix
Mailable recipients     40
Bypassed recipients      3
Total                   43