United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-20157-amc
Gary Edward Turner                                              Chapter 13
Donna Ann Turner
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Nov 16, 2016
                              Form ID: pdf900         Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db/jdb         +Gary Edward Turner,    Donna Ann Turner,    1007 Thornton Road,    Boothwyn, PA 19061-3130
13793085       +Carrington Mortgage Services LLC,    c/o KEVIN S. FRANKEL,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13650122       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5948
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2016 02:10:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2016 02:10:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2016 02:07:38      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5948
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CORINNE SAMLER BRENNAN     on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com
              JACK K. MILLER     on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEFFREY KURTZMAN     on behalf of Creditor    Franklin Mint Federal Credit Union
               Kurtzman@kurtzmansteady.com
              KEVIN S. FRANKEL     on behalf of Creditor    Carrington Mortgage Services, LLC pa-bk@logs.com
              KIMBERLY A. BONNER     on behalf of Creditor    BANK OF AMERICA, N.A. amps@manleydeas.com
              MARAM M JAFAR     on behalf of Debtor Gary Edward Turner bkypaedecf@jafarlaw.com,
               notices@uprightlaw.com
              MARAM M JAFAR     on behalf of Joint Debtor Donna Ann Turner bkypaedecf@jafarlaw.com,
               notices@uprightlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 10
```

1 Turner Stipulation Bankruptcy Case # 14-20157/AMC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Gary Edward Turner and Donna Ann Turner,<br>    Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>14-20157/AMC |
| Carrington Mortgage Services LLC as servicer for Bank of America, N.A.,<br>    Movant,<br>v.<br>Gary Edward Turner and Donna Ann Turner,<br>    Debtors,<br><br>William C. Miller, Trustee,<br>    Additional Respondent. | 11 U.S.C. § 362 |

## STIPULATION AND ORDER

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1. This Stipulation shall govern all post-petition payments due and owing to Movant, including those that fall due after the arrears, as set forth below, are cured.

2. The post-petition arrearages on the mortgage held by Movant on Debtors' property at 1007 Thorton Road, Boothwyn, PA 19061, are $2,673.10. The breakdown of the arrears is as follows:

   Post-Payments from September 1, 2016 to October 1, 2016 at $1,336.55 each = $2,673.10;

3. If Debtors provide proof of negotiated payments not already credited, they will receive credit for those payments.

4. Debtors shall cure the arrearages in the following manner:

   (a) A lump sum payment of $1,336.55 shall be made on or before November 15, 2016;

   (b) Movant shall apply $12.88 from Debtor Suspense to the arrearage balance;

2 Turner Stipulation Bankruptcy Case # 14-20157/AMC

    (c)    The balance of the arrears, to-wit, $2,660.22, shall be cured by the payment by Debtors of the sum of $443.37 commencing December 1, 2016, and continuing for 6 consecutive months through and including May 1, 2017, until the arrears are cured, together with the regular monthly mortgage payment of $1,336.55, or as same may be adjusted from time to time in accordance with Paragraph (e) hereof, for the total monthly payment amount of $1,779.92, payable on the due date of Debtors' mortgage;

    (d)    If funds are not received prior to the 16th of the month, then the payment shall include all applicable late charges;

    (e)    All payments to Movant are to be in CERTIFIED FUNDS, MONEY ORDER, or BANK CASHIER'S CHECK with the Loan No. written on the face thereof, and shall be made directly to Attention: BANKRUPTCY DEPARTMENT, Carrington Mortgage Services LLC as servicer for Bank of America, N.A., at 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806;

    (f)    Debtors are responsible to pay the monthly payment as that amount may be adjusted from time to time by Movant in accordance with standard escrow practices;

    (g)    All payments made pursuant to this Stipulation and Order shall be applied first to reimburse Movant for its attorneys' fees and costs (as provided for above) in connection with this motion. All further payments will be applied to the arrears and/or monthly payments in the manner prescribed by the Mortgage and Note.

    5.    In the event that Debtors fail to make any of the payments set forth above, Movant shall notify Debtors and Debtors' attorney of the default in writing and Debtors may cure the default within 15 days of the notice. If Debtors should fail to cure the default within 15 days, Movant may file a Certification of Default with the Court, and upon the filing of the

3 Turner Stipulation Bankruptcy Case # 14-20157/AMC

Certification, Debtors consents to the Court entering an Order granting Movant relief from the Automatic Stay.

6. After Movant sends two (2) Notices of Default for Debtors' failure to remain post-petition current, then Movant may file a Certification of Default with the court instead of sending a third Notice of Default.

7. Debtors understands that should Movant be forced to provide a written Notice of Default of this Stipulation, that Debtors shall be responsible for any reasonable attorney fees of $50.00 per Notice of Default and $200.00 per Certification of Default incurred by Movant as a result of preparation of same.

8. Debtors agree that the Court may waive Rule 4001(a)(3), permitting Movant to immediately implement and enforce the Court's order.

Dated: 11/14/16

_____
Kevin S. Frankel, Esquire
Attorney for Movant

Dated: 11/15/2016

_____
Mariam M. Jafar, Esquire
Attorney for Debtors

Dated: 11-14-16

_____
William C. Miller   STAFF ATTY
Trustee

AND NOW, this 16th day of November, 2016, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE