United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-20157-amc
Gary Edward Turner                                                        Chapter 13
Donna Ann Turner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John                Page 1 of 3         Date Rcvd: Nov 15, 2019
                             Form ID: 138NEW           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
```
db/jdb         +Gary Edward Turner,    Donna Ann Turner,    1007 Thornton Road,    Boothwyn, PA 19061-3130
13450723       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
13530995       +Bank of America, N.A.,    P.O Box 5170,    Simi Valley, CA 93062-5170
13793085       +Carrington Mortgage Services LLC,    c/o KEVIN S. FRANKEL,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13650122       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13450734      #+Equiant Financial Svcs,    Attn: Bankrupty Dept,    5401 N Pima Rd,    Scottsdale, AZ 85250-2630
13450735       +First Premier,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
13450736       +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
13450737      +++Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317-9752
13450744       +Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713-4326
13544811        New Century Financial Services, Inc.,    Pressler and Pressler, LLP,    7 Entin Rd.,
                 Parsippany, NJ  07054-5020
13450746       +Pennsylvia Department of Revenue,    PO Box 280509,    Harrisburg, PA 17128-0509
13490002       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:55     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankrupcty Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2019 04:05:32     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:56     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13499033        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 04:07:17
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13450722       +E-mail/Text: bnc-aquafinance@quantum3group.com Nov 16 2019 04:06:09     Aqua Finance Inc,
                 Po Box 844,    Wausau, WI 54402-0844
13486050       +E-mail/Text: bnc@atlasacq.com Nov 16 2019 04:04:06     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13450724       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 04:07:32     Capital One, N.a.,
                 Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13450729        E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:04     Care Credit,    P.O. Box 965036,
                 Orlando, FL 32896-5036
13451791       +E-mail/Text: bankruptcy@cavps.com Nov 16 2019 04:05:27     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13450731        E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2019 04:07:39     Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
13450732       +E-mail/Text: electronicbkydocs@nelnet.net Nov 16 2019 04:05:14     Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
13450740       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:05     GECRB/Amazon,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13450741       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:56     GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13450742        E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:05     GECRB/Walmart,    P.O. Box 965024,
                 Orlando, FL 32896-5024
13450743        E-mail/Text: cio.bncmail@irs.gov Nov 16 2019 04:04:15     IRS,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13531944        E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 16 2019 04:07:12     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13450745       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 16 2019 04:07:57     Merrick Bk,
                 Attn: Bankruptcy,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
13520906        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 04:19:01
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13457106        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 04:04:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13455189        E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2019 04:08:00
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13474435       +E-mail/Text: electronicbkydocs@nelnet.net Nov 16 2019 04:05:14     U.S. Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13450747       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 16 2019 04:03:31
                 Verizon,    500 Technology Dr,    Ste 550,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 22
```

```
District/off: 0313-2          User: John                 Page 2 of 3                   Date Rcvd: Nov 15, 2019
                              Form ID: 138NEW            Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
cr*             +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
cr*            ++FRANKLIN MINT FCU SHAWNA JONOVIC,    ATTN CREDIT SOLUTIONS,    5 HILLMAN DRIVE,    SUITE 100,
                  CHADDS FORD PA 19317-9752
                (address filed with court:   Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,
                  Chadds Ford, PA   19317)
13450725*       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
13450726*       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
13450727*       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
13450728*       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
13450730*        Care Credit,    P.O. Box 965036,    Orlando, FL 32896-5036
13450733*       +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
13450738*     +++Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317-9752
13450739*     +++Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317-9752
13470108*     +++Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317-9752
13476915*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court:   IRS,   PO BOX 21126,    PHILA PA 19114)
                                                                                             TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
           cbrennan@klehr.com,    swenitsky@klehr.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JEFFREY KURTZMAN    on behalf of Creditor    Franklin Mint Federal Credit Union
           Kurtzman@kurtzmansteady.com
          KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC pa-bk@logs.com
          KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. kab@jsdc.com,    jnr@jsdc.com
          MARAM M JAFAR    on behalf of Debtor Gary Edward Turner bkypaedecf@jafarlaw.com,
           notices@uprightlaw.com
          MARAM M JAFAR    on behalf of Joint Debtor Donna Ann Turner bkypaedecf@jafarlaw.com,
           notices@uprightlaw.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: John               Page 3 of 3              Date Rcvd: Nov 15, 2019
                              Form ID: 138NEW          Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Gary Edward Turner and Donna Ann Turner

        Debtor(s)                       Bankruptcy No: 14−20157−amc

                                     Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                     Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                            For The Court
                                                   Timothy B. McGrath
                                                    Clerk of Court

Dated: 11/15/19

                                                                            75 − 74
                                                                        Form 138_new