United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 14-20157-amc
Gary Edward Turner                                                               Chapter 13
Donna Ann Turner
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin              Page 1 of 2              Date Rcvd: Dec 06, 2019
                            Form ID: 3180W           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db/jdb         +Gary Edward Turner,    Donna Ann Turner,    1007 Thornton Road,    Boothwyn, PA 19061-3130
13650122       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13470108      +++Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317-9752
13544811        New Century Financial Services, Inc.,    Pressler and Pressler, LLP,    7 Entin Rd.,
                 Parsippany, NJ   07054-5020
13490002       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 07 2019 03:10:03     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2019 03:09:57     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13499033        EDI: AIS.COM Dec 07 2019 07:43:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
13486050       +EDI: ATLASACQU.COM Dec 07 2019 07:43:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13451791       +E-mail/Text: bankruptcy@cavps.com Dec 07 2019 03:09:51     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13476915        EDI: IRS.COM Dec 07 2019 07:43:00      IRS,   PO BOX 21126,    PHILA PA 19114
13531944        E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 07 2019 03:14:27      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13520906        EDI: PRA.COM Dec 07 2019 07:43:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13457106        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2019 03:09:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13474435       +E-mail/Text: electronicbkydocs@nelnet.net Dec 07 2019 03:09:42     U.S. Department of Education,
                 C/O Nelnet,   3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com, swenitsky@klehr.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEFFREY KURTZMAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               Kurtzman@kurtzmansteady.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC pa-bk@logs.com

```
District/off: 0313-2                  User: admin                    Page 2 of 2                    Date Rcvd: Dec 06, 2019
                                      Form ID: 3180W                 Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. kab@jsdc.com,    jnr@jsdc.com
        MARAM M JAFAR    on behalf of Debtor Gary Edward Turner bkypaedecf@jafarlaw.com,
        notices@uprightlaw.com
        MARAM M JAFAR    on behalf of Joint Debtor Donna Ann Turner bkypaedecf@jafarlaw.com,
        notices@uprightlaw.com
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
        philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                          TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gary Edward Turner** | Social Security number or ITIN **xxx–xx–0193** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Donna Ann Turner** | Social Security number or ITIN **xxx–xx–0881** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **14–20157–amc** | |

## Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary Edward Turner                                                Donna Ann Turner

12/5/19                                                                   **By the court:**    <u>Ashely M. Chan</u>
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**