United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary Edward Turner  
Donna Ann Turner  
      Debtors

Case No. 14-20157-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Dec 16, 2019  
                            Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2019.  
db/jdb        +Gary Edward Turner,    Donna Ann Turner,    1007 Thornton Road,    Boothwyn, PA 19061-3130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:

       ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union cbrennan@klehr.com, swenitsky@klehr.com  
       JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
       JEFFREY KURTZMAN    on behalf of Creditor    Franklin Mint Federal Credit Union Kurtzman@kurtzmansteady.com  
       KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC pa-bk@logs.com  
       KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. kab@jsdc.com, jnr@jsdc.com  
       MARAM M JAFAR    on behalf of Debtor Gary Edward Turner bkypaedecf@jafarlaw.com, notices@uprightlaw.com  
       MARAM M JAFAR    on behalf of Joint Debtor Donna Ann Turner bkypaedecf@jafarlaw.com, notices@uprightlaw.com  
       THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                      TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                           : Chapter 13

Gary Edward Turner and Donna Ann Turner            : Case No. 14−20157−amc
        Debtor(s)

## *ORDER*

AND NOW, this day , December 16, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                                 By The Court

                                                                  Ashely M. Chan
                                                                  Judge , United States Bankruptcy Court